JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH W. MILLS,<br><br>Plaintiff,<br><br>vs.<br><br>1ST WATCH TOWER OFFICER, et al,<br><br>Defendant(s). | Case No. CV 16-04381-CBM (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: JANUARY 26, 2017

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE